# FIRST DISTRICT COURT OF APPEAL
# STATE OF FLORIDA

_____

No. 1D19-3384
_____

JOHNATHAN SAMPSON,

Appellant,

v.

STATE OF FLORIDA,

Appellee.

_____

On appeal from the Circuit Court for Leon County.
J. Lee Marsh, Judge.

September 1, 2020

PER CURIAM.

AFFIRMED.

RAY, C.J., and BILBREY and JAY, JJ., concur.

_____

***Not final until disposition of any timely and authorized motion under Fla. R. App. P. 9.330 or 9.331.***

_____

Andy Thomas, Public Defender, and David Alan Henson, Megan Lynne Long, and Ashley N. Coyle, Assistant Public Defenders, Tallahassee, for Appellant; Johnathan Sampson, pro se, Appellant.

Ashley Moody, Attorney General, Tallahassee, for Appellee.